JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CRUZ HERNANDEZ-PEREIRA,<br><br>             Plaintiff,<br>    v.<br><br>CITY OF AZUSA, ANDREW AVALOS, ROCKY WENRICK,<br><br>             Defendants. | Case No. 2:24-cv-6001-SRM-SK<br><br>**JUDGMENT** |

The Court, having granted Defendants' Motion for Summary Judgment in favor of Defendants on all claims, Dkt. 42, hereby **ORDERS** as follows:

1. Judgment is entered in favor of Defendants City of Azusa, Andrew Avalos, and Rocky Wenrick on all of Plaintiff Joseph Cruz Hernandez-Pereira's claims; and

2. This action is **DISMISSED WITH PREJUDICE**.

The parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: September 23, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-1-